UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LARSON, | No. 2:17-cv-2337 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

////

////

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: November 14, 2017

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

/lars2337.3c.new